# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0209

VERSUS

LEONARD EVANS, JR.                                    **MAY 24, 2021**

---

In Re:    Leonard Evans, Jr., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. C-576085.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include documentation that shows the date he delivered the application for postconviction relief to the prison authorities. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before July 20, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT